UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JONATHAN ALLY,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>CHIPOTLE MEXICAN GRILL,<br><br>　　　　Defendant | CIVIL ACTION NO. 1:18-CV-2342<br><br>(CONNER, J.)<br>(MEHALCHICK, M.J.) |

**ORDER**

AND NOW, this 21st day of August, 2020, in accordance with the Memorandum filed concurrently herewith, it is hereby **ORDERED** that, having determined that Plaintiff's complaint (Doc. 1) fails to state a claim upon which relief can be granted, Plaintiff is granted leave to file an amended complaint within **21 days of the date of this Order, or on or before September 11, 2020**.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

**Dated: August 21, 2020**　　　　　　　　　*s/ Karoline Mehalchick*
　　　　　　　　　　　　　　　　　　　　　**KAROLINE MEHALCHICK**
　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**